**DISMISS and Opinion Filed September 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00468-CV

### IN THE MATTER OF T.P., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-77361-X**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the

Court that he no longer wishes to pursue this appeal. Accordingly, we grant appellant's motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

130468F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF T.P., A CHILD

No. 05-13-00468-CV

On Appeal from the 305th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. JD-77361-X.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered September 15, 2014